UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


**Jane Doe**


    **V.**


                **CIVIL ACTION NO. 1:26-cv-11259-MJJ**


**Doe v. Malden Public Library et al**


<u>**ORDER OF DISMISSAL**</u>


**JOUN, D.J.**


In accordance with the Court's Order dated May 20, 2026, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.


May 20, 2026

/s/ Sophie Phillips
---------------------------
**Deputy Clerk**